**Order entered December 5, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01135-CV**

**EMERGETECH, INC., Appellant**

**V.**

**TTS, LLC, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-09409**

**ORDER**

The reporter's record in this accelerated appeal is overdue. By postcard dated October 31, 2022, we notified the official court reporter for the 44th Judicial District Court that the record was overdue. We directed the reporter to file the record within ten days. To date, however, the reporter has not complied.

Accordingly we order court reporter Crystal R. Brown to file, **NO LATER THAN DECEMBER 15 2022**, (1) the reporter's record, (2) written verification no hearings were recorded, or (3) written verification appellant has failed to pay or

make arrangements to pay for the record.  *We notify appellant that if we receive verification appellant has not paid or made arrangements to pay for the record, we will order the appeal submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Ashley Wysocki, Presiding Judge of the 44th Judicial District Court; Ms. Brown; and, the parties.

/s/     KEN MOLBERG
        JUSTICE